UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY JAGANNATHAN, M.D., FAANS,

Plaintiff/Counter-Defendant,

v.

DOC-4 COLUMBUS AVE MOB, LLC,

Defendant/Counter-Plaintiff.

Case No. 26-12079
Honorable Laurie J. Michelson

**ORDER DENYING MOTION TO STAY PROCEEDINGS [10]**

On August 14, 2026, the Court conducted a hearing on Defendant/Counter-Plaintiff's Motion to Stay Proceedings (ECF No. 10). For the reasons stated more fully on the record in the Court's oral ruling, the motion is DENIED.

IT IS SO ORDERED.

Dated: August 14, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE